AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Andres RANGEL YOB: 1981 USC<br><br>_____<br>*Defendant* | ) ) Case No. M-17-1334-M<br>) )<br>) |

United States District Court
Southern District of Texas
FILED
JUL 26 2017
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/17/2017  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated   Title 18   U. S. C. §  Section 922 (g)(1) , an offense described as follows:

The defendant, did knowingly and unlawfully possess eight (8) rounds of Federal .45 caliber auto ammunition that had previously traveled in and affected interstate commerce, after being convicted in a court of law for a felony crime punishable by imprisonment for a term exceeding one year.

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

Approved by AUSA D. PAXTON
7/26/17

*Complainant's signature*
Candace Garza, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  7/26/2017

*Judge's signature*
Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

City and state:  McAllen, Texas

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

On July 17, 2017, ATF Special Agents, from the McAllen III Field Office, conducted a consent to search at Andres RANGEL parent's residence, located in the Edcouch, TX area, in reference to information received regarding RANGEL's illegal possession of suspected grenades. Agents arrived at the door and made contact with A. RANGEL's father. A. RANGEL's father agreed to a search of his residence and proceeded to show Agents where A. RANGEL's belongings were located inside the rear room (laundry room). It should be noted Agents received written consent to search by A. RANGEL's father prior to searching the laundry room.

As a result of the written consent to search agents discovered two grenade hulls, located inside a box, in the laundry room. Agents observed both grenades appeared to be inert. Additionally, Agents discovered eight (8) rounds of Federal .45 caliber auto ammunition located on the table next to men's clothing.

On July 19, 2017, Agents conducted a post Miranda interview of A. RANGEL at the Hidalgo County Detention Center where he was being held on unrelated State charges. A. RANGEL admitted the eight (8) rounds of Federal .45 caliber auto ammunition found inside his father's residence belonged to him. Agents showed A. RANGEL a picture of the eight (8) rounds of Federal .45 caliber auto ammunition. A. RANGEL admitted that those were the rounds that belonged to him. A. RANGEL stated he had the ammunition in his possession for approximately five to six years. A. RANGEL stated he was a previously convicted felon and had been to Texas Department of Criminal Justice for numerous felony convictions.

On July 17, 2017, your affiant spoke with ATF Special Agent Carlos Delgado, who is a recognized expert in the interstate and foreign commerce travel of firearms and ammunition. Based on the information your affiant provided SA Delgado about the ammunition possessed by A. RANGEL, SA Delgado stated the ammunition was manufactured outside of the State of Texas and therefore, previously traveled in interstate or foreign commerce at sometime prior to being possessed by any person in the State of Texas.

On July 17, 2017, a Computerized Criminal History check on A. RANGEL revealed that A. RANGEL was convicted in 1998 for Burglary of Habitation and was sentenced to ten (10) years in confinement Texas Department of Criminal Justice .

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

Based on the above information, your affiant believes A. RANGEL, was in possession of the above mentioned ammunition in violation of Title 18, United States Code, Section 922(g)(1), on or about July 17, 2017, in Hidalgo County, Texas.

_____
Candace Garza, ATF Special Agent

**Sworn to before me and subscribed in my presence,**

_____          7/26/2017
Dorina Ramos, U.S. Magistrate Judge